STATE v. OWENS

No. 58 PC.

Case below: 9 N.C. App. 727.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 January 1971.

STATE v. TEASLEY

No. 39 PC.

Case below: 9 N.C. App. 477.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied and motion of Attorney General to dismiss appeal allowed 16 December 1970.

STATE v. WARD

No. 55 PC.

Case below: 9 N.C. App. 684.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 January 1971.

STATE v. WINGARD

No. 12.

Case below: 9 N.C. App. 719.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 January 1971.

STATE v. WOOD

No. 56 PC.

Case below: 9 N.C. App. 706.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 January 1971.